IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

**V.**                            **CRIMINAL NO. 2:24-CR-28 JAG-RJK**

**IDALBERTO RIVERO,**

        **Defendant.**

### MOTION FOR ADMISSION OF FOREIGN COUNSEL PRO HAC VICE

Pursuant to E.D. Va. L. R(s). 83.1(D)(1) and 57.4(E)(1), undersigned counsel Diane Pearl Toscano, a member of the Eastern District of Virginia bar in good standing, moves for the *pro hac vice* admission of foreign counsel Jordan M. Lewin for the limited purposes of this case only.

1. Foreign attorney Lewin is a member of the State Bar of Florida and the United States Court for the Southern, Middle, and Northern Districts of Florida. Lewin is a member in good standing with the Supreme Court of Florida.

2. The local rules of the Southern District of Florida extend a similar privilege to attorneys in good standing with the Eastern District of Virginia.

3. Undersigned has been retained as local counsel for Lewin in his representation of the Defendant, Idalberto Rivero. Accordingly, Lewin shall be accompanied by undersigned counsel in all appearances before this Court.

4. In accordance with E.D. Va. L. R. 57.4(E)(2), attorney Lewin has read the local rules of the Eastern District of Virginia.  Attached as exhibits are the completed *pro hac vice* form, which certify familiarity with the Eastern District local rules, and which pledge to pay the fee of admission to the Clerk of the United States District Court.

For the foregoing reasons, undersigned counsel Toscano moves for the *pro hac vice* admission of Jordan M. Lewin for the limited representation of Idalberto Rivero on the above-styled case number.

/s/ Diane P. Toscano
Diane Toscano, Esquire, VSB#73478
TOSCANO LAW GROUP, P.C.
1244 Perimeter Parkway, Ste. 443
Virginia Beach, Virginia 23454
Tel:757-821-7972
Fax:757-903-0186
Diane@DianeToscano.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that I have this 29th of May, 2024 served the foregoing MOTION, by filing the same electronically with the Clerk of Court's CM/ECF system, upon:

Kristen Taylor
United States Attorney's Office
101 West Main Street, Suite 8000
Norfolk, Virginia 23510

/s/ Diane P. Toscano
Diane Toscano, Esquire, VSB#73478
TOSCANO LAW GROUP, P.C.
1244 Perimeter Parkway, Ste. 443
Virginia Beach, Virginia 23454
Tel:757-821-7972
Fax:757-903-0186
Diane@DianeToscano.com
*Counsel for Plaintiff*
